RECEIVED
JAN -9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JAN 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIRCRAFT TECHNICAL PUBLISHERS,

Plaintiff(s),

v.

AVANTEXT, INC.

Defendant(s).

CASE NO. C-07-4154-SBA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Daniel P. Reilly, an active member in good standing of the bar of the State of Pennsylvania (particular court to which applicant is admitted) whose business address and telephone number is Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA 19105-6996
(215)988-2700 (phone); (215) 988-2757 (fax), having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Avuntext, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1-15-08

United States District Judge