1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
2
**OAKLAND DIVISION**

3

AIRCRAFT TECHNICAL                           No.  C 07-4154 SBA
4   PUBLISHERS, INC.,
**ORDER**
5               Plaintiff,
[Docket No. 12]
6      v.

7   AVANTEXT, INC.,

8               Defendant.
_____
9
And related counter-suits.
10
_____
11

12          On January 15, 2008, defendant Avantext, Inc. filed a Motion for Stay of the Proceedings in

13   this Action Pending the Outcome of Reexaminations of the Patents in Suit (the "Motion").  [Docket

14   No. 12].  On February 12, 2008, plaintiff Aircraft Technical Publishers, Inc. filed a Statement of

15   Non-Opposition to the Motion.  [Docket No. 23.]  On March 5, 2008, the Court held a case

16   management conference (CMC) to discuss this and other issues.  *See* Docket No. 27.  The Court

17   took the Motion under submission and continued the CMC to April 3, 2008, so the parties could

18   obtain a time frame for reexamination from the Patent and Trademark Office (PTO), and provide

19   this information in their next CMC statement.  *See id.*  On April 2, 2008, plaintiff filed a Status

20   Report of Ex Parte Reexamination of Patents-in-Suit [Docket No. 28].  According to the report,

21   plaintiff was unable to obtain any specific information regarding the three patents being reexamined,

22   save that average examination times suggested an end date one to one-and-a-half years in the future.

23   *See* Docket No. 28.  On April 3, 2008, the Court held a CMC, and ruled it would not stay this matter,

24   pending reexamination by the PTO, and instructed the parties to file a joint CMC statement with

25   scheduling suggestions, ten days in advance of the next CMC, set for May 28, 2008.

26   ///

27   ///

28   ///

1       Therefore, the Court DENIES defendant Avantext, Inc.'s Motion for Stay of the Proceedings

2  in this Action Pending the Outcome of Reexaminations of the Patents in Suit [Docket No. 12].

3

4      IT IS SO ORDERED.

5

6      April 27, 2008                  _____

                                      Saundra Brown Armstrong

7                                   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28