**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AIRCRAFT TECHNICAL PUBLISHERS, INC., | No. C 07-04154 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 67, 68, 81] |
| AVANTEXT, INC., | |
| Defendant. | |
| And related counter-suits. | |

Based on the parties' representations to the Court at a hearing held on September 30, 2008, that they seek to hold settlement negotiations, the Court STAYS this matter until January 31, 2009, and VACATES all pending dates in this matter. Further, plaintiff Aircraft Technical Publishers, Inc. withdraws without prejudice to renew its Amended Motion for Leave to Amend Complaint [Docket No. 67] and its Amended Motion to Enlarge Time to Submit Infringement Contentions [Docket No. 68]. Defendant Avantext, Inc. withdraws without prejudice to renew its Motion for Sanctions (Rule 11) against Aircraft Technical Publishers [Docket No. 81].

Finally, the Court sets a Case Management Conference for February 4, 2009 at 2:45 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement <u>including scheduling suggestions</u> which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff(s)

///
///
///
///
///

1 | shall be responsible for filing the statement as well as for arranging the conference call. All parties
2 | shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

4 | IT IS SO ORDERED.

October 1, 2008

_____
Saundra Brown Armstrong
United States District Judge