# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| AIRCRAFT TECHNICAL PUBLISHERS,<br><br>  Plaintiff,<br><br>  v.<br><br>AVANTEXT, INC.,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-04154 SBA<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(D) TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ATP'S REPLY AND EXHIBITS IN REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING INFRINGEMENT OF THE '806 PATENT**<br><br>**Civil L.R. 79-5(d)** |

On September 15, 2009, Plaintiff filed its Reply to Defendant's Opposition to Motion of Partial Summary Judgment Regarding Infringement of the '806 Patent by Avantext, Inc. (the "Reply"). In support of the Reply, Plaintiffs filed Exhibits 1, 2, and 3 which contained produced documents subject to the Protective Order entered in this action. In connection with the Reply, Plaintiff filed an Administrative Motion to Seal pursuant to Civil L.R. 79-5(d) (the "Administrative Motion").

The Administrative Motion seeks to reference in its papers certain documents designated as "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order signed by Judge Edward M. Chen on September 23, 2008. Pursuant to Rule 79-5(d) Plaintiff filed redacted versions of the Reply and the protected documents in Exhibits 1, 2, and 3 in support of the Reply.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING PLTF'S ADMIN MOT TO FILE DOCS UNDER SEAL RE INFRINGEMENT OF '806 PATENT

CASE NO. C 07-04154 SBA

SF01/ 654233.1

1  Based on the Plaintiff's Administrative Motion to Seal and the Declaration of Gregory J.
2  Lavorgna in Support of the Administrative Motion, the Court hereby ORDERS that:
3     1.  the unredacted versions of the Reply and Exhibits 1, 2, and 3 shall be filed under
4  seal; and
5     2.  the redacted versions of the Reply and Exhibits 1, 2, and 3 shall be filed in the
6  public record.

Dated: 10/22/09

*Saundra B. Armstrong*
Hon. Saundra B. Armstrong
United States District Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING PLTF'S ADMIN MOT TO FILE DOCS UNDER SEAL RE INFRINGEMENT OF '806 PATENT — - 2 - — CASE NO. C 07-04154 SBA

SF01/ 654233.1