1   JACK RUSSO (State Bar No. 96068)
    RUSSO & HALE LLP
2   WILLIAM C. MILKS, III (State Bar No. 114083)
    HALL ESTILL
3   401 Florence Street
    Palo Alto, CA 94301
4   Telephone: 650-327-9800
    Facsimile: 650-327-3737
5   Email:  jrusso@computerlaw.com
    Email:  bmilks@computerlaw.com
6
    Attorneys for Plaintiff
7   AIRCRAFT TECHNICAL PUBLISHERS

8

9               IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13  AIRCRAFT TECHNICAL PUBLISHERS, a        Case No. C-07-04154 SBA
    California company,
14                                          **ORDER GRANTING PLAINTIFF**
                   Plaintiff,               **AIRCRAFT TECHNICAL PUBLISHERS'**
15                                          **ADMINISTRATIVE MOTION TO SEAL**
                   vs.                      **REGARDING OPPOSITION TO**
16                                          **DEFENDANT'S MOTION FOR PARTIAL**
    AVANTEXT, INC., a Pennsylvania          **SUMMARY JUDGMENT REGARDING**
17  corporation,                            **NON-WILLFUL INFRINGEMENT**

18                 Defendant.

19                                          Before:  Hon. Saundra B. Armstrong
                                            Ctrm:   1
20                                          Date:    November 17, 2009
    AND RELATED COUNTERCLAIMS               Time:    1:00 p.m.
21

22

23

24

25

26

27

28

**Prop. Order Grant. Mot. to Seal**                              **Case No. C-07-04154 SBA**

1   On September 8, 2009, Plaintiff filed its Opposition to Defendant's Motion for Partial

2   Summary Judgment Regarding Non-Willful Infringement ("Opposition").  Portions of the

3   Opposition, as well as exhibits to the Declaration of William C. Milks, III in support thereof

4   ("Declaration"), contain information subject to the Protective Order entered in this action. In

5   connection with the Opposition, Plaintiff filed an Administrative Motion for Leave to File

6   Documents Under Seal ("Motion to Seal").

7   The Motion to Seal seeks to reference in its papers certain portions of memoranda and

8   documents designated as "Confidential – Attorneys' Eyes Only" pursuant to the Stipulated

9   Protective Order as entered by the Court on September 23, 2008.  Pursuant to Rule 79-5(c) and 79-

10   5(d), Plaintiff filed redacted versions of the Opposition and Declaration.

11   IT IS HEREBY ORDERED THAT:

12   1.      the unredacted versions of Plaintiff ATP's Opposition and Declaration shall be filed

13   under seal; and

14   2.      the redacted versions of Plaintiff ATP's Opposition and Declaration shall be filed in

15   the public record.

16   Dated:  10/22/09_____                _____

17                                                  Hon. Saundra B. Armstrong