# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| AIRCRAFT TECHNICAL PUBLISHERS,<br><br>Plaintiff,<br><br>v.<br><br>AVANTEXT, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-04154 SBA<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(D) TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ATP'S REPLY AND EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING LACHES AFFIRMATIVE DEFENSES**<br><br>**Civil L.R. 79-5 (d)** |

On September 15, 2009, Plaintiff filed its Reply in Support of Motion for Partial Summary Judgment Regarding Laches Affirmative Defenses (the "Reply"). In support of the Reply, Plaintiffs filed Exhibits 2 and 3 which contained produced documents subject to the Protective Order entered in this Action. In connection with the Reply, Plaintiff filed an Administrative Motion to Seal pursuant to Civil L.R. 79-5(d) (the "Administrative Motion").

The Administrative Motion seeks to reference in its papers certain documents designated as "Confidential – Attorneys' Eyes Only" and "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order signed by Judge Edward M. Chen on September 23, 2008. Pursuant to Rule 79-5(d) Plaintiff filed redacted versions of the Reply and the protected

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING PLTF'S ADMIN MOTION TO FILE DOCS UNDER SEAL LACHES

CASE NO. C 07-04154 SBA

SF01/ 654238.1

documents in Exhibits 2 and 3 in support of the Reply.

Based on the Plaintiff's Administrative Motion to Seal and the Declaration of Gregory J. Lavorgna in Support of the Administrative Motion, the Court hereby ORDERS that:

1. the unredacted versions of the Reply and Exhibits 2 and 3 shall be filed under seal; and

2. the redacted versions of the Reply and Exhibits 2 and 3 shall be filed in the public record.

Dated: 10/22/09

Hon. Saundra B. Armstrong
United States District Judge