UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AIRCRAFT TECHNICAL PUBLISHERS,<br><br>  Plaintiff,<br><br>  v.<br><br>AVANTEXT, INC.,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-04154 SBA<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(c) TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH AVANTEXT'S MOTION FOR CONTEMPT FOR VIOLATION OF THE SEPTEMBER 23, 2008 PROTECTIVE ORDER<br><br>**Civil L.R. 79-5(c)** |

On November 6, 2009, Defendant filed its Motion for Contempt for Violation of the September 23, 2008 Protective Order (the "Motion"). In support of the Motion, Defendant filed the Declaration of First Declarant, Declaration of Second Declarant, Declaration of Kurt W. Schoenkopf (collectively "Declarations in Support of the Motion"), and Exhibits 1, 2, 3, 4, 5, 6, and 7 accompanying the Declaration of Andrea L. D'Ambra (collectively "Exhibits"), which contained Highly Confidential information subject to the Protective Order entered in this action. In connection with the Motion, Plaintiff filed an Administrative Motion to Seal pursuant to Civil L.R. 79-5(c) (the "Administrative Motion").

The Administrative Motion seeks to reference in its papers certain information designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order signed by Judge Edward M. Chen on September 23, 2008. Pursuant to Rule 79-5(c) Defendant filed redacted versions of the Motion, Declarations in Support of the Motion, and Exhibits.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING PLTF'S ADMIN MOTI TO FILE DOCS UNDER SEAL RE MOTION FOR CONTEMPT
PHIP/ 778536.1

CASE NO. C 07-04154 SBA

Based on the Defendant's Administrative Motion to Seal and the Declaration of Gregory J. Lavorgna in Support of the Administrative Motion, the Court hereby ORDERS that:

1. the unredacted versions of the Motion, Declarations in Support of the Motion, and Exhibits shall be filed under seal; and

2. the redacted versions of the Motion, Declarations in Support of the Motion, and Exhibits shall be filed in the public record.

Dated: __11/17_____, 2009

_____
Hon. Saundra B. Armstrong
United States District Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING PLTF'S ADMIN MOTI TO FILE DOCS UNDER SEAL RE MOTION FOR CONTEMPT
PHIP/ 778536.1

- 2 -

CASE NO. C 07-04154 SBA