JACK RUSSO (State Bar No. 96068)
RUSSO & HALE LLP
WILLIAM C. MILKS (State Bar No. 114083)
HALL ESTILL
401 Florence Street
Palo Alto, CA  94301
Telephone: (650) 327-9800
Facsimile:  (650) 327-3737
Email:  jrusso@computerlaw.com
Email:  bmilks@computerlaw.com

Attorneys for Plaintiff
AIRCRAFT TECHNICAL PUBLISHERS

STEVEN M. SELNA (State Bar No. 133409)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Email:  steven.selna@dbr.com
Email:  fey.epling@dbr.com

GREGORY J. LAVORGNA, admitted *pro hac vice*
DANIEL. P. REILLY, admitted *pro hac vice*
ANDREA L. D'AMBRA, admitted *pro hac vice*
18th and Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
Email:  gregory.lavorgna@dbr.com
Email:  daniel.reilly@dbr.com
Email: andrea.dambra@dbr.com

Attorneys for Defendant AVANTEXT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| AIRCRAFT TECHNICAL PUBLISHERS,<br><br>    Plaintiff,<br><br> v.<br><br>AVANTEXT, INC.,<br><br>    Defendant. | Case No. C 07-04154 SBA<br><br>**JOINT STIPULATION AND ORDER FOR TRIAL BEFORE A MAGISTRATE** |

This Joint Stipulation is hereby entered into between Aircraft Technical Publishers, Inc. ("ATP") and Avantext, Inc. ("Avantext") by their respective counsel.

**STIPULATION**

1. Pursuant to Local Rule 73-1(b), the parties agree to the reassignment of the trial of this matter before a magistrate judge as follows:

  A The trial will be before Magistrate Judge Larson;

  B. The trial will start no earlier than January 25, 2010 and no later than March 1, 2010; and,

  C. The Settlement Conference set for December 7, 2009 before Magistrate Judge Chen shall occur as scheduled.

IT IS SO STIPULATED:

Dated: November 25, 2009    RUSSO & HALE LLP

/s/ Jack Russo
JACK RUSSO
WILLIAM C. MILKS, III

Attorneys for Plaintiff
AIRCRAFT TECHNICAL PUBLISHERS

Dated: November 25, 2009    DRINKER BIDDLE & REATH LLP

/s/ Andrea L. D'Ambra
STEVEN M. SELNA
S. FEY EPLING
GREGORY J. LAVORGNA, *pro hac vice*
DANIEL. P. REILLY, *pro hac vice*
ANDREA L. D'AMBRA, *pro hac vice*

Attorneys for Defendant
AVANTEXT, INC.

IT IS SO ORDERED:

Dated: _11/30/09        _____
              Hon. Saundra B. Armstrong